**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

| | |
|---|---|
| PENNSYLVANIA | DELAWARE |
| Bethlehem | Wilmington |
| Doylestown | |
| Erie | OHIO |
| Harrisburg | Cleveland |
| King of Prussia | FLORIDA |
| Philadelphia | Ft. Lauderdale |
| Pittsburgh | Jacksonville |
| Scranton | Orlando |
| | Tampa |
| NEW JERSEY | NEW YORK |
| Cherry Hill | Long Island |
| Roseland | New York City |

**2000 Market Street, Suite 2300 · Philadelphia, PA 19103**
**(215) 575-2600 · Fax (215) 575-0856**

**Direct Dial: 215-575-4559**
**Email: jpdepfer@mdwcg.com**

June 21, 2013

Hon. Renee Marie Bumb
United States District Court, District of New Jersey
Mitchell H. Cohen U.S. Courthouse
Fourth & Cooper Streets
Camden, NJ  08101

      RE:    Hector Huertas v. Citigroup, Inc., et al.
               No.  13-2050-RMB-JS

Dear Judge Bumb:

      We represent Citibank, N.A., incorrectly identified as Citigroup, Inc., d/b/a Citi Bank, North America ('Citibank")  in the above-captioned matter.  Our Motion to Dismiss Plaintiff's Complaint is presently pending with the Court (Doc.12 ) and is returnable July 1, 2013.  On June 14, 2013, Plaintiff filed a response to Citibank's Motion which was styled as a Motion for Summary Judgment, returnable July 15, 2013 (Doc. 19).  Since these Motions are inter-related, it would seem to make sense for them to be assigned to the same Motion day and decided together.  Additionally, if the Motions are decided together, Citibank will be able to file a single responsive brief both in support of its own Motion and oppposing Plaintiff's Motion.

      Accordingly, I respectfully request that Citibank's Motion to Dismiss Plaintiff's Complaint be continued from July 1, 2013 to July 15, 2013.  This request was discussed among the parties during an initial conference before Magistrate Judge Schneider and neither Mr.  Huertas or counsel for co-defendant Equifax, Inc. object to this proposal.

      Please contact me if you require anything further.  Thank you for your consideration.

      Respectfully submitted;

      *s/ Joan P. Depfer*

      Joan P. Depfer

June 7, 2013
Page 2

_____

JPD/me

cc:    via ECF
        Hector L. Huertas, pro se
        Debra M. Albanese, Esquire